IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hollingsworth, Serene Bridgett

Printed: 2/19/08

Case Number: 05 B 27256
Judge: Hollis, Pamela S
Filed: 7/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2008
Confirmed: October 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,781.00 |  |
| Secured: |  | 5,675.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 405.41 |
| Other Funds: |  | 0.00 |
| Totals: | 7,781.00 | 7,781.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 1,700.00 | 1,700.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Professional Restoration | Secured | 0.00 | 0.00 |
| 4. | Credit Acceptance Corp | Secured | 3,649.82 | 2,537.43 |
| 5. | AMC Mortgage Services Inc | Secured | 4,407.77 | 3,138.16 |
| 6. | Capital One | Unsecured | 630.26 | 0.00 |
| 7. | Cingular Wireless | Unsecured | 10.00 | 0.00 |
| 8. | Professional Restoration | Unsecured | 275.82 | 0.00 |
| 9. | Credit Acceptance Corp | Unsecured | 370.03 | 0.00 |
| 10. | People's Bank | Unsecured | 1,577.05 | 0.00 |
| 11. | Gary M Kurc Esq | Unsecured | 131.56 | 0.00 |
| 12. | Illinois Dept Of Human Service | Unsecured | 84.60 | 0.00 |
| 13. | People's Bank | Unsecured |  | No Claim Filed |
| 14. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 15. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 16. | Encore | Unsecured |  | No Claim Filed |
| 17. | Northwestern Hospital | Unsecured |  | No Claim Filed |
| 18. | MCI | Unsecured |  | No Claim Filed |
| 19. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,836.91 | $ 7,375.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 204.05 |
| 5% | 37.10 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hollingsworth, Serene Bridgett | Case Number:  05 B 27256 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  7/11/05 |

```
                    4.8%            124.18
                    5.4%             40.08
                                  _____
                                  $  405.41
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                       Marilyn O. Marshall, Trustee, by:

                       _____